■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK DAVIS, Appellant. [718 NYS2d 193] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered October 15, 1999, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Krausman, Goldstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED DURHAM, Appellant. [718 NYS2d 605] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kohm, J.), rendered November 14, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The alleged errors claimed by the defendant are either unpreserved for appellate review, without merit, or were cured by the trial court's prompt instructions to the jury.

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., S. Miller, Goldstein and Smith, JJ., concur.